

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2018

No. 04-18-00182-CV

**IN THE INTEREST OF D.L.A., D.L.A.R., B.B.R., B.L.A.R., AND J.R.,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01942
Honorable Richard Price, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating Appellant D.R.'s parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2. Appellant D.R. has filed a motion for extension of time to file her brief. We GRANT the motion and ORDER Appellant D.R. to file her brief on or before June 8, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2018.

KEITH E. HOTTLE,
Clerk of Court